UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
STANLEY PIURKOWSKI:              :   CIV. NO. 3:01CV00302 (SRU)
     Plaintiff,

vs.

MICHAEL GOOGIN, FRED SPAGNOLO,
DETECTIVE JAMES EGAN, DETECTIVE
DeMATTEIS, DETECTIVE KOSHES,
OFFICER KLUNTZ, OFFICER SMITH,
OFFICER JONES and OFFICER
APPICELLA,                       :   OCTOBER 24, 2003
     Defendants.
```

## DEFENDANTS' MOTION FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 54(2), the defendants **MICHAEL GOOGIN, FRED SPAGNOLO, NICHOLAS DeMATTEIS, FRANK KOSHES, TIMOTHY KLUNTZ, LAWRENCE SMITH, ROBERT JONES, ANTHONY APPICELLA, and JAMES EAGAN,** move for attorneys' fees. On October 6, 2003, defendants' motion for judgment was granted as to Goggin, DeMatteis, Koshes, Kluntz, Smith and Appicella. On that same date, the Court granted plaintiff's motion to dismiss defendant Egan. On October 8, a jury returned a verdict in favor of the remaining defendants Spagnolo and Jones. The Court entered judgment on October 10, 2003.

Pursuant to 42 U.S.C. § 1988 the defendants are prevailing parties with respect to plaintiff's claims brought pursuant to 42 U.S.C. § 1983. As set forth more fully in the attached

memorandum of law, the plaintiff's case was vexatious, frivolous and/or brought to harass or embarrass the defendants. The amount of attorneys' fees sought is approximately $20,000.00.[1]

WHEREFORE, defendants respectfully request that their motion be granted.

```
                                    DEFENDANTS,

                                    BY _____
                                       Michelle Holmes
                                       Federal Bar No.: ct20014
                                       Sack, Spector & Karsten
                                       836 Farmington Avenue
                                       West Hartford, CT 06119
                                       Their Attorney
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of October, 2003, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT  06510

```
                                    _____
                                       Michelle Holmes
```

---

[1] The defendants intend to supplement this motion with an affidavit from counsel and itemization of attorneys' fees. At this time, the exact amount is unknown inasmuch as time for the trial as well time spent on post-motions is still outstanding.

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776