UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY PIURKOWSKI<br>    Plaintiff, | : | CIV. NO. 3:01CV00302 (SRU) |
| vs. | | |
| MICHAEL GOOGIN, FRED SPAGNOLO,<br> DETECTIVE JAMES EGAN, DETECTIVE<br>DeMATTEIS, DETECTIVE KOSHES,<br>OFFICER KLUNTZ, OFFICER SMITH,<br>OFFICER JONES and OFFICER APPICELLA:<br>    Defendants. | | NOVEMBER 12, 2003 |

**VERIFIED BILL OF COSTS**

I, Michelle Holmes, being duly sworn hereby depose and say:

1.   I am over the age of eighteen and believe in the obligation of an oath.

2.   I am the attorney for the defendants in the above-captioned matter and submit this Affidavit in support of their Motion for Taxation of Costs pursuant to 28 U.S.C. §1821, 1920, 1923 and 1924 and Local Rule 17.

3.   Judgment entered in favor of all defendants on October 10, 2003. The appeal period is expired.

4.   The following is an itemization of costs incurred to defend against the suit brought by the plaintiff.

**Deposition Transcripts:**

Stanley Piurkowski
    3/4/02 - $672.89

W. Eric von Brauchitsh
    4/3/02 - $658.84

**Court Transcripts**

United States of America v. Robert Jones
    1/17/03 - $122.90

**Marshall Fees**

Subpoena to W. Eric von Brauchitsh
    3/19/02 - $42.80

Subpoena to Dr. Sheila Zimmerman
    10/24/03 - $46.40

**Expert Witness Fees**

New England Adjusters
    4/3/02 - $306.00

5.    The aforelisted costs are correct and were actually and necessarily incurred in this litigation as evidenced by the receipts annexed hereto as Exhibit B.

*M. Hole*
Michelle Holmes

Subscribed and sworn to before me on this 12th day of November, 2003.

_____
Commissioner of the Superior Court

**PATRICIA TYSZKA, LSR, RMR**
*COURT REPORTING SERVICES*
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955

## INVOICE

TO: Christopher Arciero, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06105

DATE: 3/21/02
INVOICE #: 4478
TAX ID #: 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

RE: Stanley Piurkowski vs Michael Googin, et al.

DEPOSITION OF: Stanley Piurkowski  3/4/02

| | | |
|---|---|---|
| APPEARANCE FEE: | | 80.00 |
| TRANSCRIPT: | No. of Pgs: 152 @ 3.65 | 554.80 |
| | SUBTOTAL | 634.80 |
| XEROXING: | | |
| DISKETTE: | | |
| COMPRESSED FORMAT: | | |
| | SUBTOTAL | 634.80 |
| | SALES TAX | 38.09 |
| | TOTAL | 672.89 |

PATRICIA TYSZKA, LSR, RMR
=====COURT REPORTING SERVICES=====
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955

## INVOICE

TO:  Christopher Arciero, Esq.  
     Sack, Spector & Karsten  
     836 Farmington Avenue  
     West Hartford, CT  06105  

DATE: 4/30/02  
INVOICE #: 4499  
TAX ID #: 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  

RE: Stanley Piurkowski vs Michael Googin, et al.

| | |
|---|---|
| DEPOSITION OF:   W. Eric von Brauchitsh  4/3/02 | |
| APPEARANCE FEE: | 80.00 |
| TRANSCRIPT:     No. of Pgs:  121 @ 4.40 | 532.40 |
| (Org & 2 copies) | |
| SUBTOTAL | 612.40 |
| XEROXING: | |
| DISKETTE: | |
| COMPRESSED FORMAT: | |
| POSTAGE: | 9.15 |
| SUBTOTAL | 621.55 |
| SALES TAX | 37.29 |
| TOTAL | 658.84 |

MH okay

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE 750                                September 24, 2003

TO:

   MICHELLE N. HOLMES, ESQ.
   SACK, SPECTOR & KARSTEN
   836 FARMINGTON AVENUE
   WEST HARTFORD, CONNECTICUT   06119


In The Matter Of:  United States of America v. Robert Jones, Docket Number 3:02M-228 SRU, held before the Honorable Stefan R. Underhill, U. S. J. D., at U. S. District Court, 915 Lafayette Boulevard, Bridgeport Connecticut on January 17, 2003.

TRANSCRIPT:

   47 pages @ $2.61 per page,
   (Expedited Delivery Rate split with Williams & Pattis), $122.90.


   Plus 6% CT Sales Tax, $7.37.


TOTAL AMOUNT NOW DUE: $130.27.

Please make checks payable to: Susan E. Catucci.

Thank you.


                Susan E. Catucci, RMR
                Official Court Reporter
                915 Lafayette Boulevard
             Bridgeport, Connecticut  06604
                  Tel: (203) 246-6385
                   (SS# 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)

Joseph L.A. Felner Jr.

Connecticut State Marshal
Fairfield County
P.O. Box 596
Fairfield, CT 06430

# Invoice

**BILL TO**

Christopher G. Arciero
Sack, Spector & Barrett
836 Farmington Avenue
West Hartford, CT 06119

| DATE | INVOICE # |
|---|---|
| 3/19/2002 | 1619 |

| SERVICED DATE | DESCRIPTION | CASE | AMOUNT |
|---|---|---|---|
| 3/19/2002 | Subpoena In A Civil Case, Notice Of Deposition, Certification, and Schedule A<br><br>Re: Stanley Piurkowski v Michael Googins, Fred Spagenelo, Detective James Egan, Detective DeMattieis, Detective Kosher, Officer Kluntz, Officer Smith, Officer Jones, and Officer Appicella<br><br>W. Eric Von Brauchitsch<br>New England Adjusters,<br>1052 Mill Plain Road,<br>Fairfield, CT 06430. | | |
| | | Witness Fee | 40.00 |
| | | Travel | 6.60 |
| | | Service | 30.00 |
| | | Pages | 5.00 |
| | | Endorsement | 1.20 |
| | | Witness Fee | -40.00 |
| | | **Total** | **$42.80** |

**Domenic Jannetty**

**State Marshal**
**PO Box 3356**
**Waterbury, CT 06705**

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2003 | 4959 |

ATTN: Karen

**Bill To**

Sack, Spector And Barrett LLP
Michael Holmes
836 Farmington Avenue
West Hartford, CT. 06119-1544

| P.O. No. | Terms | Project |
|---|---|---|
| RB | Due on receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Stanley Piurkowski vs. Michael Googin, ET AL  Subpoena In A Civil Case Served | | 46.40 | 46.40 |

| | |
|---|---|
| **Total** | $46.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $46.40 |

| Phone # | Fax # |
|---|---|
| (203)757-4748 | (203)757-4749 |



April 4, 2002

Christopher G. Arciero
Attorney at Law
836 Farmington Ave.
West Hartford, CT 06119

**New England Adjusters**

      Reference:    Stanley Piurkowski
                            318 Woodtick Rd.
                            Waterbury, CT 06705
                            Vandalism Loss
                            D/L:  3/9/99
                            Our File:  A-527

Deposition
4/3/02        1:00 pm      to      5:00 pm                    4 hrs.

4 hours @ $150.00 per hour.....................................$300.00
Parking...............................................................................$6.00

Total Amount Due New England Adjusters....................$306.00

Thank you,

*[signature]*

W. Eric von Brauchitsch
New England Adjusters

EVB:mfm

1052 Mill Plain Road
P.O. Box 25
Fairfield, CT 06430

Phone 203 259 7271
Fax 203 259 3801