UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY PIURKOWSKI<br>Plaintiff, | : | CIV. NO. 3:01CV00302 (SRU) |
| vs. | | |
| MICHAEL GOOGIN, FRED SPAGNOLO,<br>DETECTIVE JAMES EGAN, DETECTIVE<br>DeMATTEIS, DETECTIVE KOSHES,<br>OFFICER KLUNTZ, OFFICER SMITH,<br>OFFICER JONES and OFFICER APPICELLA:<br>Defendants. | | NOVEMBER 12, 2003 |

### MOTION FOR TAXATION OF COSTS

Pursuant to 28 U.S.C. §§1821, 1920, 1923 and 1924 and Local Rule 17, the defendants move for taxation of costs against the plaintiff.

Defendants hereby move for taxation of costs in the amount of $1,808.00 as itemized in the Verified Bill of Costs attached hereto in support of this motion as Exhibit A.

DEFENDANTS,

BY _____
Michelle Holmes
Federal Bar No.: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of November, 2003, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT  06510

_____
Michelle Holmes