FILED

2003 NOV 20 P 2: 08

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY PIURKOWSKI | : |
| VS. | : NO. 3:01CV302(SRU) |
| MICHAEL GOGGIN, ET AL. | : NOVEMBER 18, 2003 |

### PLAINTIFF'S OBJECTION TO MOTION FOR TAXATION OF COSTS

The plaintiff objects to the defendants' motion for taxation of costs in the following respects:

1. The plaintiff objects to taxing $653.84 as costs for the original and two copies of the deposition transcript of W. Eric von Brauchitsh for the reasons that (a) the said deposition was not used in any respect at the trial of this action and (b) nothing in the rules allows a party to tax costs for three copies of the same document.

2. The plaintiff objects to the attempt to tax $42.80 as costs for a subpoena upon W. Eric von Brauchitsh for the reason that the said witness was not a witness at the trial of this action nor was any portion of his deposition used at the trial of this action.

3. The plaintiff objects to taxation of $46.40 for a trial subpoena to Dr. Sheila Zimmerman for the reason that the said witness did not appear at trial and was not used as a witness in any way in this action.

4. The plaintiff objects to taxing $306.00 as costs for an expert witness

fee for New England Adjusters for the reason that no testimony or evidence from New England Adjusters was used in any way at the trial of this action.

THE PLAINTIFF

BY /s/ John R. Williams
John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on November 18, 2003, to the following counsel of record:

Attorney Michelle Holmes
Sack, Spector & Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119-6113

/s/ John R. Williams