FILED

2003 NOV 21 A 11:55

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY PIURKOWSKI           :    CIV. NO. 3:01CV00302 (SRU)
    Plaintiff,

vs.

MICHAEL GOOGIN, FRED SPAGNOLO,
DETECTIVE JAMES EGAN, DETECTIVE
DeMATTEIS, DETECTIVE KOSHES,
OFFICER KLUNTZ, OFFICER SMITH,
OFFICER JONES and OFFICER APPICELLA:    November 20, 2003
    Defendants.

## DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR TAXATION OF COSTS

The plaintiff objects to the cost for service of a subpoena upon W. Eric von Brauchitsh for his attendance at a deposition. This cost is allowed pursuant to Local Rule 17(c)(1). The plaintiff objects to the cost for service of a subpoena upon Dr. Sheila Zimmerman on the ground that she did not actually testify at trial. Local Rule 17(c)(1), however, does not require that the witness actually testify. With respect to the deposition transcript of W. Eric von Brauchitsh, the defendants are entitled to the cost of an original and one copy of the transcript pursuant to Local Rule 17(c)(2)(ii). The transcript was necessarily obtained for the preparation of the case. For example, defendants needed the transcript in order to prepare a motion in limine regarding his purported expert testimony and introduction of his reports. Finally, defendants are entitled to the cost associated with fees charged by W. Eric von Brauchitsh, a nonparty deponent and plaintiff's

expert witness, pursuant to Local Rule 17()(2)(ii) and 17()(4)(i). Specifically, documents created by this witness were redacted and used at trial.

DEFENDANTS,

BY *M. Holmes*
Michelle Holmes
Federal Bar No.: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of November, 2003, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

*M. Holmes*
Michelle Holmes