UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY PIURKOWSKI | : | |
| VS. | : | 3:01CV00302(SRU) |
| GOGGIN, ET AL | : | JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint. In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

 /s/ Christy H. Doyle
Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
His Attorney

ORAL ARGUMENT IS NOT REQUESTED

2

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Christopher Arciero
Sack, Spector & Karsten
836 Farmington Ave. #221
West Hartford, CT 06119

                                              _____
                                              Christy H. Doyle