UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY PIURKOWSKI | : | CIV. NO. 3:01CV00302 (SRU) |
|     Plaintiff, | | |
| vs. | | |
| MICHAEL GOOGIN, FRED SPAGNOLO, DETECTIVE JAMES EGAN, DETECTIVE DeMATTEIS, DETECTIVE KOSHES, OFFICER KLUNTZ, OFFICER SMITH, OFFICER JONES and OFFICER APPICELLA: | | DECEMBER 2, 2004 |
|     Defendants. | | |

### DEFENDANTS' MOTION FOR RELEASE OF SECURITY FOR COSTS

On January 28, 2004, the defendants' Bill of Costs in the amount of $1,321.46 was taxed against the plaintiff by this court. As more than five (5) months have passed without payment having been tendered by the plaintiff, the defendants hereby move that the $500.00 bond deposited with the court as security for costs under Local Rule 8(a), be released to the defendants in payment of the taxation of costs. The defendants further request that the payment be in the form of a check in the amount of $500.00, made payable to the City of Waterbury.

                                                    DEFENDANTS,

                                                    BY_____
                                                       Michelle Holmes
                                                       Federal Bar No.: ct20014
                                                      Sack, Spector & Karsten
                                                      836 Farmington Avenue
                                                      West Hartford, CT 06119
                                                      Their Attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of December, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT  06510

                                                                                      _____
                                                                                       Michelle Holmes